UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                       CASE NO.: 15-18295-PGH
                                                                                              Chapter 7

**PARAGON RESTAURANT GROUP, INC.,**

      **Debtors.**
_____/

### TRUSTEE'S EX-PARTE MOTION TO SHORTEN TIME TO NOTICE EMERGENCY MOTION TO APPROVE SALE FREE AND CLEAR OF ANY CLAIM, RIGHT, TITLE, LIENS, OR INTEREST AND FOR THE IMPOSITION OF A SURCHARGE PURSUANT TO 11 U.S.C. § 506(c)

The Trustee, Michael R. Bakst (the "Trustee"), by and through undersigned counsel, hereby files this Ex-Parte Motion to Shorten Time to Notice Emergency Motion to Approve Sale Free and Clear of Any Claim, Right, Title, Liens, or Interest and for the Imposition of a Surcharge Pursuant to 11 U.S.C. § 506(c), and states:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on May 6, 2015 (the "Petition Date"). Michael R. Bakst has been appointed Trustee.

2. The Trustee has filed the *Trustee's Emergency Motion to Approve Sale Free and Clear of Any Claim, Right, Title, Liens, or Interest and for the Imposition of a Surcharge Pursuant to 11 U.S.C. § 506(c)* [ECF No. 16] (the "Motion"). The Trustee is serving the Motion by mail and is also making efforts to call, email, and or fax creditors for which the Trustee is able to obtain such contact information in order to inform them of the Motion.

3. Fed. R. Bankr. P. 2002(a)(2) requires the Trustee to give the Debtor and all creditors at least 21 days' notice by mail of the hearing on a proposed sale of property of the estate other than in the ordinary course of business.

**224988642%**

4.	The Trustee believes that cause exists in this matter to shorten the time for notice and a hearing on the Motion to approximately four (4) days.  Administrative rent will continue to accrue and the personal property which the Trustee seeks to sell will diminish in value if the Trustee is unable to sell the property in an expedited manner.

5.	Pursuant to Fed. R. Bankr. P. 9006(c), the Trustee seeks an order from the Court shortening the time for notice to all creditors and parties-in-interest on the Motion and for hearing on the Motion to approximately four (4) days from the filing of the Motion.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order in the form submitted to the Court contemporaneously herewith, finding that good cause exists to shorten the time to notice all creditors and parties-in-interest to approximately four (4) days and, accordingly, shortening the time to notice all creditors and parties-in-interest to approximately four (4) days from the date of the filing of the Motion pursuant to Fed. R. Bankr. P. 9006.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties below in the manner indicated on this 8th day of May 2015.

> **GREENSPOON MARDER, P.A.**
>
> /s/ Eli DuBosar
> MICHAEL R. BAKST, ESQ.
> Florida Bar No.: 866377
> ELI DUBOSAR, ESQ.
> Florida Bar No.: 106338
> Attorneys for Trustee
> 525 Okeechobee Blvd., Suite 1570
> West Palm Beach, FL 33401
> Phone: (561) 838-4533
> Fax: (561) 713-2828
> Email: eli.dubosar@gmlaw.com

**224988642%**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com
- Alan J. Fisher    mail@alanfisherpa.com, ajfparalegal@gmail.com;assistant@alanfisherpa.com;G8509@notify.cincompass.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

All creditors and interested parties on the Court matrix (attached below)

VIA Facsimile:  (616) 717-7600
Email:  info@gfs.com
Telephone:  (616) 530-7000; (866) 451-5056
AND U.S. Mail
GFS Florida, LLC
PO Box 2244
Grand Rapids, MI 49501

VIA Facsimile:  (616) 717-7600
Email:  info@gfs.com
Telephone:  (616) 530-7000; (866) 451-5056
AND U.S. Mail
Gordon Food Service, Inc.
Attn: Marla Frear 12004
PO Box 2244
Grand Rapids, MI 49501

GFS Florida, LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

VIA Facsimile:  (302) 636-5454
Telephone:  (302) 636-5400
AND U.S. Mail
GFS Florida, LLC
c/o Corporation Service Company, Registered Agent
Attn:  Global Headquarters
2711 Centerville Rd., Suite 400
Wilmington, DE  19808


**224988642%**

VIA Telephone:  (770) 218-5478
AND U.S. Mail
Sound Garden
PO Box 2028
Woodstock, GA 30188

VIA Facsimile:  (877) 850-5194
Telephone:  (800) 331-3282
Email:  info@ctliensolutions.com
AND U.S. Mail
Sounds Garden
c/o CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

VIA Facsimile:  (212) 697-7409
Telephone:  (212) 697-4740
AND U.S. Mail
G&I VII Polo Club LLC
c/o DRA Advisors, LLC
220 E. 42nd Street, 27th Floor
New York, NY  10017

VIA Facsimile:  (561) 361-8702
Telephone:  (561) 989-2240
AND U.S. Mail
G&I VII Polo Club LLC
2240 NW 19th Street, Suite 801
Boca Raton, FL 33431

VIA Facsimile:  (561) 361-8702
Telephone:  (561) 989-2240
AND U.S. Mail
Joanne M. Sarkisian
Woolbright Development, Inc.
2240 NW 19th Street, Suite 801
Boca Raton, FL 33431

VIA Facsimile:  (561) 361-8702
Telephone:  (561) 989-2240
AND U.S. Mail
Richard DiChiara, Jr., Esq.
c/o Woolbright Development, Inc.
2240 NW 19th Street, Suite 801
Boca Raton, FL 33431

**224988642%**

VIA Facsimile: (305) 932-0200
Email:  pleadings@sprechmanlaw.com;steve.sprechman@sprechmanlaw.com
Telephone:  (305) 931-0100
AND U.S. Mail
US Foods, Inc., FKA US Foodservice, Inc.
c/o Sprechman and Fisher, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

VIA Facsimile: (305) 932-0200
Email: Sprechman@sprechmanlaw.com;
pleadings@sprechmanlaw.com;steve.sprechman@sprechmanlaw.com
Telephone:  (305) 931-0100
AND U.S. Mail
Arvon Funding, LLC as assignee of Gordon Food Service
c/o Sprechman and Fisher, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

VIA Facsimile: (305) 936-1804
Email:  alan@gestlaw.com
Telephone:  (305) 936-8844
AND U.S. Mail
Advance Me, Inc.
c/o Alan B. Gest, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

VIA Facsimile:  (813) 288-9678
Telephone:  (813) 288-1881
Email: pleadings@marcadislaw.com;JHempfling@Marcadislaw.com
AND U.S. Mail
Estrelita, Inc. dba Anago of South Florida
c/o Jonathan Hempfling, Esq.
5104 S. West Shore Blvd.
Tampa, FL 33611-5650

VIA Telephone:  (954) 346-3000
AND U.S. Mail
State of Florida, Department of Revenue
Coral Springs Service Center
3301 N. University Dr., Suite 200
Coral Springs, FL  33065-4149

**224988642%**

```
Label Matrix for local noticing      Paragon Restaurant Group, Inc.       Advanceme Inc.
113C-9                               5030 Champion Blvd, Suite B-5        2015 Vaughn Rd
Case 15-18295-PGH                    Boca Raton, FL 33496-2474            Building 500
Southern District of Florida                                              Kennesaw, GA 30144-7831
West Palm Beach
Fri May  8 10:41:46 EDT 2015

Alan B. Gest, PA                     Avron Funding/Gordon Food Service    Estrellita, Inc
Aventura Corporate Center            c/o Sprechman & Fisher PA            d/b/a Anago of South Florida
20801 Biscayne Blvd, Suite 506       2775 Sunny Isles Blvd, Suite 100     c/o Marcadis Singer
Miami, FL 33180-1400                 Miami, FL 33160-4078                 5104 South Westshore Blvd
                                                                          Tampa, FL 33611-5650


Jamestown PCS, LP                    Office of the US Trustee             Alan J. Fisher Esq.
c/o Shuman & Shuman PA               51 S.W. 1st Ave.                     7000 W. Camino Real #240
1930 Harrison St, Suite 206          Suite 1204                           Boca Raton, FL 33433-5532
Hollywood, FL 33020-7828             Miami, FL 33130-1614


Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach                   End of Label Matrix
                                     Mailable recipients      9
                                     Bypassed recipients      1
                                     Total                   10